In the Matter of the Appointment of Hon. HARRISON C. GLORE as Official Referee.— Hon. Harrison C. Glore appointed official referee of the Municipal Court of the City of New York and assigned to hear references in the City Court of the City of New York, Borough of Brooklyn. Present — Lazansky, P. J., Young, Hagarty, Carswell, Scudder, Tompkins, Davis and Johnston, JJ.